FILED

11/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0545

# IN THE SUPREME COURT OF MONTANA
## No. 24-0545

| | |
|---|---|
| HUTTON RANCH PARTNERS, LLC,<br><br>    Plaintiff and Appellee,<br><br>v.<br><br>MARY IRVINE d/b/a PRO PET PREMIUM CARE,<br><br>    Defendant and Appellant. | ORDER TO DISMISS |

The Court having considered Defendant/Appellant's Motion to Dismiss without prejudice; and good cause having been shown, the above Motion is GRANTED.

IT IS HEREBY ORDERED that this Appeal is Dismissed without prejudice and the file shall be transferred back to the district court.

**ELECTRONICALLY SIGNED  AND DATED**.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 12 2024